# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APCC Services, Inc. et al.      ) | |
| ) | |
| Plaintiffs,      ) | |
| ) | |
| v.      ) | Civil Action No. 99-0696 (ESH) |
| ) | |
| AT&T Corporation,      ) | [Referred to Special Master Levie] |
| ) | |
| Defendant.      ) | |
| ) | |

## ORDER

Upon consideration of Report and Recommendation #1 of the Special Master, and there being no objection thereto, it is hereby

**ORDERED** that Report and Recommendation #1 of the Special Master be and hereby is adopted; and it is further

**ORDERED** that the following schedule shall apply pending a further order of the Court:

1. September 30, 2010    Close of fact discovery

2. October 15, 2010    Expert reports due from Plaintiffs & counter-Plaintiffs

3. November 15, 2010    Completion of depositions of experts of Plaintiffs & counter-Plaintiffs

4. December 17, 2010    Expert reports due from Defendant & counter-Defendant

5. January 24, 2011    Close of expert discovery

6. February 21, 2011    Filing of dispositive motion(s)

7. March 21, 2011    Opposition(s) to dispositive motion(s) due

8. April 1, 2011    Reply memoranda due

_____
/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: May 28, 2010